UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:19-CV-14170-ROSENBERG/REID

BEN JERMAINE SMITH,

    Petitioner,

v.

MARK S. INCH, Secretary, Florida Department
of Corrections,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon Petitioner's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. DE 1. This matter was previously referred to Magistrate Judge Lisette M. Reid pursuant to Administrative Order 2019-2 of the United States District Court for the Southern District of Florida. Judge Reid issued a Report and Recommendation on July 22, 2020. DE 18. Objections to the Report and Recommendation were due on August 5, 2020, and to date, no objections have been filed. The Court has conducted a *de novo* review of the Report and Recommendation and the record, and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Reid's recommendation to be well reasoned and correct. The Court agrees with the analysis in Judge Reid's Report and Recommendation and concludes that the Petition should be denied for the reasons stated in the Report and Recommendation.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reid's Report and Recommendation [DE 18] is hereby **ADOPTED**.

2. The Petition for Writ of Habeas Corpus [DE 1] is **DENIED**.

3. A Certificate of Appealability **SHALL NOT ISSUE**.

4. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

5. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 25th day of August, 2020.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record